UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/18/2023__

ISRAEL SPIRA,

        Plaintiff,

v.

TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and LOANCARE, LLC,

        Defendants.

Case No. 7:23-cv-04319-NSR

**STIPULATION AND ORDER TO STAY DISCOVERY**

        WHEREAS TransUnion, LLC, Equifax Information Services, LLC, and Experian Information Solutions, Inc. (the "CRA Defendants") requested pre-motion conferences regarding their anticipated motion for judgment on the pleadings (ECF No. 40) and a stay of discovery pending resolution of their Rule 12(c) motion (ECF No. 43);

        WHEREAS Plaintiff Israel Spira ("Plaintiff") originally opposed a stay of discovery, but subsequently offered to consent to a stay if the CRA Defendants "are willing to suppress the subject Loancare account pending a dispositive outcome of their anticipated Motion for Judgment on the Pleadings" (ECF No. 45);

        WHEREAS CRA Defendants will suppress the subject Loancare account pending resolution of their anticipated motion for judgment on the pleadings;

        WHEREAS Plaintiff has agreed that he will not use the suppression of the Loancare account in any way, directly or indirectly, as evidence in this lawsuit or otherwise;

1

WHEREAS the CRA Defendants and Plaintiff are seeking the stay of discovery for good cause, and not for purposes of delay; and

WHEREAS the CRA Defendants and Plaintiff agree that, following the Court's decision on the motion for judgment on the pleadings, the CRA Defendants may unsuppress the Loancare account.

IT IS HEREBY:

ORDERED that discovery is stayed pending the Court's resolution of the CRA Defendants' anticipated motion for judgment on the pleadings; and

ORDERED that, within 30 days of the Court's ruling on the motion for judgment on the pleadings, if the case is not disposed of entirely, the parties shall submit a joint letter to the Court with an initial pretrial schedule.

**SO ORDERED:**

_____
Nelson S. Román
United States District Judge

Dated: White Plains, New York
September 18, 2023

Dated: September 18, 2023     Respectfully submitted,

*/s/ Tamir Saland*
Tamir Saland
Stein Saks, PLLC
One University Plaza
Suite 620
Hackensack, NJ 07601
Tel.: (201) 282-6500
tsaland@steinsakslegal.com

2

*Counsel for Plaintiff
Israel Spira*

*/s/ Victoria Dorfman*
Victoria Dorfman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
vdorfman@jonesday.com

*/s/ Julius I. Kairey*
Julius I. Kairey
Jennifer Pincus
JONES DAY
250 Vesey Street
New York, NY 10281
Tel.: (212) 326-3939
jkairey@jonesday.com
jpincus@jonesday.com

*Counsel for Defendant
Experian Information Solutions, Inc.*

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel.: (317) 363-2400
cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

*/s/ Boris Brownstein*
Boris Brownstein
Clark Hill PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel.: (609) 785-2923
bbrownstein@clarkhill.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2023, I caused the foregoing to be filed with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

*/s/ Julius I. Kairey*
Julius I. Kairey

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

4