Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Joseph M. DeFazio**
D 212.704.6341
joseph.defazio@troutman.com

September 22, 2023

**VIA ECF**

Honorable Nelson S. Román
United States District Court
Southern District of New York
White Plains, New York, 10601

> The Court GRANTS Defendant LoanCare, LLC's motion. It is hereby ORDERED that discovery is stayed pending the Court's resolution of Defendant's anticipated motion for judgment on the pleadings; and ORDERED that within 30 days of the Court's ruling on the motion for judgment on the pleadings, if the case is not disposed of entirely, the parties shall submit a joint letter to the Court with an initial pretrial schedule. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 52.
>
> Dated: September 22, 2023
>       White Plains, NY
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**Re:   *Spira v. TransUnion, LLC, et al.*
       Case No. 7:23-cv-04319-NSR
       LoanCare, LLC's Request to Stay Discovery**

Dear Judge Román:

LoanCare, LLC requests a stay of discovery under Federal Rule of Civil Procedure 26(c) pending adjudication of its motion for judgment on the pleadings ("MJOP"), which is due to be filed November 6, 2023.

Previously, the CRA defendants requested a stay of discovery pending a determination of their own anticipated MJOPs. (ECF 43). The CRA defendants and Plaintiff subsequently entered into a stipulation to stay discovery pending adjudication of their MJOP (ECF 48), which this Court granted on September 18, 2023. (ECF 50).

Because the Court has also granted LoanCare's request to file a MJOP, with a filing deadline of November 6, 2023 (ECF 51), LoanCare respectfully requests that this Court enter an Order staying discovery pending adjudication of LoanCare's MJOP as well. LoanCare's counsel has requested that Plaintiff consent to the stay, but as of the date of this letter Plaintiff's counsel has not responded.

Respectfully submitted,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  _9/22/2023_

**Honorable Nelson S. Roman**
September 22, 2023
Page 2



*/s/Joseph M. DeFazio*
Joseph M. DeFazio
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6341
Email: joseph.defazio@troutman.com

cc:     All counsel of record (via ECF)

162142652