**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ISRAEL SPIRA,

                Plaintiff,

    -against-                                                  23 **CIVIL** 4319 (NSR)

                                                                        **<u>JUDGMENT</u>**

TRANSUNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN INFORMATION
SERVICES, INC., and LOANCARE, LLC,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 16, 2024, the Court has GRANTED the Defendants' Motion for Judgment on the Pleadings. Plaintiff's Complaint is dismissed with prejudice. Judgment is entered in favor of Defendants TransUnion, LLC, Equifax Information Services, LLC, Experian Information Solutions, Inc.; accordingly, the case is closed.

**Dated:**  New York, New York

      May 16, 2024

                                                                                **RUBY J. KRAJICK**
                                                                              _____
                                                                                 **Clerk of Court**

                                            **BY:**      K. Mango
                                                                                _____
                                                                                 **Deputy Clerk**